*26-000004288*

| | |
|---|---|
| NANAK SAR, THATH, ISHER DARBAR OF ORLANDO, INC | CASE #: 2025 CA 003738 CI<br>COURT: 9TH JUDICIAL CIRCUIT<br>COUNTY: OSCEOLA |
| PLAINTIFF(S) | DFS-SOP #: 26-000004288 |

VS.

OHIO SECURITY INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, UNIFORM TRIAL AND CASE MANAGEMENT ORDER, COUNTY CIVIL STANDING CASE MANAGEMENT PLAN/ORDER

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the of the State of Florida's Department of Financial Services. Said process was received by ELECTRONIC DELIVERY on Thursday, January 15, 2026 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, January 20, 2026 to the designated agent for the named entity as shown below.

OHIO SECURITY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

ANDREW VARGAS, ESQ.
TRUJILLO VARGAS GONZALEZ & HEVIA, LLP.
815 PONCE DE LEON BLVD., 3RD FLOOR
CORAL GABLES, FL 33134

JD1



EXHIBIT A

|  |  |
|---|---|
| NANAK SAR, THATH, ISHER DARBAR OF ORLANDO, INC, | IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT IN AND FOR OSCEOLA COUNTY, FLORIDA |
| Plaintiffs, | CIVIL DIVISION |
| v. | CASE NO.: |
| OHIO SECURITY INSURANCE COMPANY, | |
| Defendant. _____/ | |

## COMPLAINT

NANAK SAR, THATH, ISHER DARBAR OF ORLANDO, INC and (Plaintiff), hereby sues Defendant, Ohio Security Insurance Company (Defendant), and allege as follows:

### PARTIES, JURISDICTION & VENUE

1. This is an action for damages that exceed $50,000.00 exclusive of interest, costs and attorneys' fees.

2. Defendant is a Florida Corporation, organized and existing under the laws of Florida, qualified to do business in Florida, and has at all times material hereto been conducting business in Osceola County, Florida.

3. Venue is proper in Osceola County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Osceola County, Florida, the subject property is located in Osceola

County, Florida and Defendant has engaged in substantial and not isolated activity within Osceola County, Florida, pursuant to Fla. Stat. § 48.193(2).

4. All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have been performed.

## GENERAL ALLEGATIONS

5. At all times material hereto, in consideration of a premium paid by Plaintiff, there was in full force and effect a certain homeowners insurance policy issued by Defendant with a policy number of BKS (25) 63 06 66 21 (Policy).

6. Plaintiff is not in possession of a full copy of the insurance policy sued upon herein and is therefore unable to attach a copy of the entire policy that forms the basis of this Complaint. However, Plaintiffs hereby incorporate by reference the insurance policy pursuant to Fla. R. Civ. P. 1.350(a). A copy of the Policy will be obtained via Discovery.

7. Accordingly, under the terms of the Policy, the Defendant agreed to provide insurance coverage to Plaintiff's property against certain losses. The damaged property is located at 2480 N Hoagland Blvd. Bldg. 1 Kissimmee, FL 34741 (Property).

8. On or about June 27, 2025, while the Policy was in full force and effect, the Property sustained a covered loss, damages as a result of Windstorm (Loss).

9. Shortly thereafter Plaintiff reported the Loss to the Defendant.

10. Accordingly, Defendant assigned claim number 24271388 and inspected the Property.

11. Subsequently, Defendant failed to adequately indemnify Plaintiff for the Loss.

12. By its failure to tender an appropriate amount to repair the Property, Defendant has materially breached the Policy.

13. Defendant has failed to properly indemnify Plaintiffs for their losses stemming from the Loss.

14. Plaintiff has suffered and continue to suffer damages resulting from Defendant's breach of the Policy.

## COUNT I
## BREACH OF CONTRACT

Plaintiff reincorporates paragraphs 1 through 15 as if fully set forth herein.

15. It is undisputed that Plaintiff and Defendant entered into a written contract, the Policy, wherein Plaintiffs agreed to pay a premium and in exchange Defendant agreed to insure the Property.

16. Plaintiff has paid all premiums due and owing as contemplated by the Policy, thus, fully performing their obligations under the Policy.

17. Further, at all times material hereto, Plaintiff has satisfied all post-loss obligations accorded in the Policy, including but not limited to: (i) promptly reporting the Loss to Defendant; (ii) providing all documents in their possession and control; and (iii) making the property available for inspection.

18. Defendant has failed to properly indemnify Plaintiff for its loss stemming from the covered peril.

19. As a result of the foregoing, Defendant has breached the Policy.

20. As a direct and proximate result of Defendant's breach of the Policy, Plaintiff has sustained damages.

WHEREFORE, Plaintiff, NANAK SAR, THATH, ISHER DARBAR OF ORLANDO, INC, respectfully requests that this Honorable Court enter judgment against Defendant, Ohio Security Insurance Company, for damages, plus interest.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues triable as a matter of right.

Dated this day, December 22, 2025.

                **VARGAS GONZALEZ DELOMBARD, LLP.**
                121 Alhambra Plaza
                Suite 1140
                Coral Gables, FL 33134
                Tel: 305.631.2528
                Fax: 305.631.2741
                E-mail: GZeckler@VargasGonzalez.com
                E-mail: Service10@VargasGonzalez.com

By:    */s/ George Zeckler, Esq*
        **George Zeckler, Esq.**
        Fla. Bar No.: 1018291

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT IN AND FOR OSCEOLA COUNTY, FLORIDA

NANAK SAR, THATH, ISHER DARBAR OF ORLANDO, INC,

CIVIL DIVISION

CASE NO.: 2025 CA 003738 CI

      Plaintiff,

v.

OHIO SECURITY INSURANCE COMPANY,

      Defendant.
_____/

*THE STATE OF FLORIDA*
**TO EACH SHERIFF OF THE STATE:**

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of Petition in this action on INSURANCE COMMISSIONER pursuant to F.S. 48.151

*By Serving:*

      OHIO SECURITY INSURANCE COMPANY
      Insurance Commissioner
      State of Florida
      PROCESS SECTION
      200 East Gaines Street
      Tallahassee, Florida 32399

Each defendant is required to serve written defenses to the Complaint of Petition on George Zeckler , Esq., Counsel for the Plaintiff, **Vargas Gonzalez Delombard, LLP,** 121 Alhambra Plaza, Suite 1140, Coral Gables, FL 33134, within twenty (20) days after service, of this summons on that defendant exclusive of the day of service, and to file the original of the Defenses with the clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a Default will be entered against that Defendant for the relief demanded in the complaint or petition.

CLERK OF THE COURT

BY: _s/ Joseph Rizzo_, Deputy Clerk      DATE: __01/08/2026__, 2025.

1